# APPENDIX

The following table sets forth information regarding transactions in shares of Common Stock by the Reporting Person in the past 60-days before Amendment 4 and the date hereof:

On July 10, 2024, there was a conversion of 133,334 shares of Series D Convertible Preferred Stock into 2,232,143 shares of Common Stock at a per share price of $0.448000.

On August 23, 2024, there was a sale of 86,023 shares of Common Stock in the open market at a per share price of $0.509468.

On August 23, 2024, there was a sale of 56,598 shares of Common Stock in the open market at a per share price of $0.501357.

On August 23, 2024, there was a sale of 13,977 shares of Common Stock in the open market at a per share price of $0.493451.

On August 26, 2024, there was a sale of 121,599 shares of Common Stock in the open market at a per share price of $0.500901.

On August 27, 2024, there was a sale of 20,963 shares of Common Stock in the open market at a per share price of $0.500000.

On August 28, 2024, there was a sale of 9,043 shares of Common Stock in the open market at a per share price of $0.500332.

On August 29, 2024, there was a sale of 109,757 shares of Common Stock in the open market at a per share price of $0.482997.

On August 30, 2024, there was a sale of 10,080 shares of Common Stock in the open market at a per share price of $0.480000.

On September 3, 2024, there was a sale of 71,658 shares of Common Stock in the open market at a

per share price of $0.480154.

On September 4, 2024, there was a sale of 90,512 shares of Common Stock in the open market at a per share price of $0.480284.

On September 5, 2024, there was a sale of 139,002 shares of Common Stock in the open market at a per share price of $0.480183.

On September 6, 2024, there was a sale of 47,489 shares of Common Stock in the open market at a per share price of $0.480105.

On September 9, 2024, there was a sale of 279 shares of Common Stock in the open market at a per share price of $0.480179.

On September 12, 2024, there was a sale of 170,180 shares of Common Stock in the open market at a per share price of $0.500169.

On September 13, 2024, there was a sale of 115,800 shares of Common Stock in the open market at a per share price of $0.500396.

On September 16, 2024, there was a sale of 9,665 shares of Common Stock in the open market at a per share price of $0.500000.

On September 17, 2024, there was a sale of 142,033 shares of Common Stock in the open market at a per share price of $0.490265.

On September 18, 2024, there was a sale of 59,164 shares of Common Stock in the open market at a per share price of $0.490128.

On September 19, 2024, there was a sale of 33,674 shares of Common Stock in the open market at a per share price of $0.490755.

On September 20, 2024, there was a sale of 7,290 shares of Common Stock in the open market at a per share price of $0.490055.

On September 23, 2024, there was a sale of 3,763 shares of Common Stock in the open market at a per share price of $0.490000

On September 24, 2024, there was a sale of 140,824 shares of Common Stock in the open market at a per share price of $0.491448.

On September 25, 2024, there was a sale of 56,097 shares of Common Stock in the open market at a per share price of $0.490767.

On September 26, 2024, there was a sale of 19,874 shares of Common Stock in the open market at a per share price of $0.490000.

On September 30, 2024, there was a sale of 696,799 shares of Common Stock in the open market at a per share price of $0.529548.

| DATE | # SHARES SOLD | PRICE | PROCEEDS |
|---|---|---|---|
| 08/23/24 | 86,023 | $ 0.509468 | $ 43,825.97 |
| 08/23/24 | 56,598 | 0.501357 | 28,375.80 |
| 08/23/24 | 13,977 | 0.493451 | 6,896.96 |
| 08/26/24 | 121,699 | 0.500901 | 609,090.06 |
| 08/27/24 | 20,963 | 0.500000 | 10,481.50 |
| 08/28/24 | 9,043 | 0.500332 | 4,524.50 |
| 08/29/24 | 109,757 | 0.482997 | 53,012.30 |
| 08/30/24 | 10,080 | 0.480000 | 4,838.40 |
| 09/03/24 | 71,658 | 0.480154 | 34,406.86 |
| 09/04/24 | 90,512 | 0.480284 | 43,471.47 |
| 09/05/24 | 139,002 | 0.480183 | 66,746.40 |
| 09/06/24 | 47,489 | 0.480183 | 22,803.41 |
| 09/09/24 | 279 | 0.480179 | 133.97 |
| 09/12/24 | 170,180 | 0,500169 | 85,118.76 |
| 09/13/24 | 115,800 | 0.500396 | 57,945.86 |
| 09/16/24 | 9,665 | 0.500000 | 4,832.50 |
| 09/17/24 | 142,033 | 0.490265 | 69,533.81 |
| 09/18/24 | 59,164 | 0.490128 | 28,997.93 |
| 09/19/24 | 33,674 | 0.490055 | 16,502.11 |
| 09/20/24 | 7,290 | 0.490055 | 3,572.50 |
| 09/23/24 | 3,763 | 0.490000 | 1,843.87 |
| 09/24/24 | 140,824 | 0.491448 | 69,207.67 |
| 09/25/24 | 56,097 | 0.490767 | 27,530.56 |
| 09/25/24 | 19,874 | 0.490000 | 9,738.25 |
| 09/30/24 | 696,799 | 0.529548 | 368,988.52 |
| **SALES:** | 2,232,443 | | $ 1,624,199.94 |
| **PURCHASES:** | 2,232,443 | | - 1,000,000.00 |
| **PROFIT:** | | | $ 624,199.94 |